**Opinion filed March 16, 2023**



## In The

# Eleventh Court of Appeals

_____

## No. 11-22-00262-CV

_____

## DAVID HILTON AND CINDY HILTON, Appellants

## V.

## 5J OILFIELD SERVICES, LLC, Appellee

### On Appeal from the 350th District Court
### Taylor County, Texas
### Trial Court Cause No. 12750-D

### M E M O R A N D U M   O P I N I O N

The parties have filed in this court a joint motion to dismiss this appeal. In the motion, the parties state that they have finalized their settlement agreement and that "there are no longer any issues in controversy between them" as it relates to this appeal. The parties request that we dismiss this appeal, leaving the trial court's summary judgment intact, and that we tax costs against the party incurring same. *See* TEX. R. APP. P. 42.1.

The motion is granted, and the appeal is dismissed.

PER CURIAM

March 16, 2023

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.